876

PER CURIAM.

Elliott T. Price, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL BENIFIELD, a/k/a CHARLES JOSEPH BENIFIELD (Impleaded), Defendant-Appellant.

(No. 59709;

First District (5th Division)—February 28, 1975.

Opinion by Mr. JUSTICE LORENZ.

James J. Doherty, Public Defender, of Chicago (Judith A. Stewart and Ira Churgin, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and William E. Kenny, Assistant State's Attorneys, of counsel), for the People.

RICHARD THOMAS, Plaintiff-Appellee, v. ERNEST DALPOS et al., Defendants.—(GLORIA DALPOS, Defendant-Appellant.)

(No. 60083;

First District (5th Division)—February 28, 1975.